**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**EFT SERVICES LLC et al.,**

                **Plaintiffs,**         20cv1757 (JGK)

       **- against -**                <u>**ORDER**</u>

**i-POS SYSTEMS LLC et al.,**

                **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the hearing on March 13, 2020, the request to extend the temporary restraining order is **denied.**

**SO ORDERED.**

**Dated:    New York, New York
           March 13, 2020**              /s/ John G. Koeltl
                                                         **John G. Koeltl
                                     United States District Judge**