UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EFT SERVICES LLC, ET AL.,

                Plaintiffs,

- against -

I-POS SYSTEMS LLC, ET AL.,

                Defendants.

20-cv-1757 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    While non-party Deven Werling claims this Court never granted leave to file with redactions, see ECF No. 41, Judge Daniels granted the defendants' application to file under seal the defendants' response to the order to show cause for temporary restraining order and preliminary injunction, see ECF No. 18.

    In any event, the defendants, who sought to file under seal and file redacted copies on the docket, see ECF No. 12, should explain by **February 12, 2024,** why the redactions are justified. See DiRussa v. Dean Witter Reynolds Inc., 121 F.3d 818, 826 (2d Cir. 1997) ("The burden of demonstrating that a document submitted to a court should be sealed rests on the party seeking such action[.]"); City of Hartford v. Chase, 942 F.2d 130, 135 (2d Cir. 1991) ("[S]ealing . . . documents should not be done without a compelling reason[.]").

**SO ORDERED.**

Dated:    New York, New York
            January 11, 2024

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                                **United States District Judge**