UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EFT SERVICES, LLC,

                    Plaintiff,                  **ORDER**

                -against-                **20-CV-1757 (JGK) (JW)**

I-POS SYSTEMS LLC, *et al.*,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       In order to assist this Court with its imminent order, Defendants are ordered to provide this Court with an un-redacted copy of Dkt. Nos. 14 and 15 **by May 8, 2025**.[1] Defendants may send a hard copy to Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 or email a copy to [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov). The unredacted copy shall highlight all information that was redacted.

       SO ORDERED.

DATED:    New York, New York
              April 30, 2025

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge

---

[1] Dkt. Nos. 14 and 15 are seemingly duplicative filings. If so, Defendants shall only send the Court one copy of the un-redacted filing.